PER CURIAM.
Affirmed. The prosecutor’s closing argument comments, which the jury was properly instructed to disregard, were not so per *523 nicious, in the context of this case, as to require that the defendant be granted a new trial. See Darden v. State, 329 So.2d 287 (Fla.1976), cert. dismissed, 430 U.S. 704, 97 S.Ct. 1671, 51 L.Ed.2d 751 (1977); Thomas v. State, 326 So.2d 413 (Fla.1976); Zamot v. State, 375 So.2d 881 (Fla.3d DCA 1979); Johnson v. State, 348 So.2d 646 (Fla.3d DCA 1977); James v. State, 334 So.2d 83 (Fla.3d DCA 1976).